UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| ANWAR K. MALIK, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>V.<br><br>F-19 HOLDINGS, LLC,<br>FITNESS 19 KY 185, LLC, and CALLFIRE, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 5:15-130-KKC<br><br><br>**JUDGMENT** |

For the reasons stated in the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the motion by F-19 Holdings, LLC and Fitness 19 KY 185, LLC to dismiss (DE 33) the claims against them is GRANTED and the claims against those defendants are DISMISSED without prejudice;

2) the motion by F-19 Holdings, LLC and Fitness 19 KY 185, LLC to compel the plaintiff to submit his claims against them to arbitration (DE 333) is GRANTED and, if the plaintiff intends to pursue those claims, he is ORDERED to submit them to arbitration;

3) CallFire, Inc. is DISMISSED as a defendant in this action and all claims against CallFire, Inc. are DISMISSED without prejudice;

4) this matter is DISMISSED and STRICKEN from the Court's active docket; and

5) this judgment is FINAL and APPEALABLE.

Dated May 19, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY